PEOPLE ex rel. GRAY, Appellant, v. COLLINS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Proceeding by the people of the state of New York, on the relation of Asa J. Gray, against C. V. Collins, as superintendent, etc., and another.

PER CURIAM. Order affirmed, with costs. Held, that the papers do not show that the relator is so entitled to the appointment as to warrant him to maintain this proceeding.

PEOPLE ex rel. HUDSON VALLEY RY. CO., Relator, v. BOARD OF RAILROAD COM'RS et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 7, 1903.) Proceeding by the people of the state of New York, on the relation of the Hudson Valley Railway Company against the board of railroad commissioners and others. No opinion. Motion granted; printed copy of papers, duly certified, to be filed with the clerk of this court by May 15th, and the case set down for argument on Tuesday, May 19th.

PEOPLE ex rel. LEAZENBEE, Appellant, v. PARTRIDGE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1903.) Proceeding by the people of the state of New York, on the relation of Walter M. Leazenbee, against John N. Partridge, commissioner. L. J. Grant, for appellant. J. W. Hutchinson, for respondent. No opinion. Proceeding affirmed, and writ dismissed, with costs.

PEOPLE ex rel. McCULLOUGH, Appellant, v. WILSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Proceeding by the people of the state of New York, on the relation of John R. McCullough, against Jonathan D. Wilson and others. No opinion. Motion to resettle order granted, and order resettled.

PEOPLE ex rel. McGEE, Appellant, v. PARTRIDGE, Commissioner, Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Proceeding by the people of the state of New York on the relation of John C. McGee, against John N. Partridge, commissioner. H. Ringrose, for appellant. T. Farley, for respondent. No opinion. Proceeding affirmed, and writ dismissed, with costs.

PEOPLE ex rel. MILLER, Respondent, v. STURGIS, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Proceeding by the people of the state of New York, on the relation of James J. Miller, against Thomas Sturgis, as fire commissioner, etc. No opinion. Application to resettle order denied.

PEOPLE ex rel. PALMIERI v. MAREAN. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Proceeding by the people of the state of New York, on the relation of John Palmieri, against Josiah T. Marean, one of the Justices of the Supreme Court of the state of New York. No opinion. Reargument ordered upon the question whether the proceeding must not be reviewed by appeal, instead of by certiorari. Case set down for Wednesday, June 17th.

PEOPLE ex rel. RAMSDELL v. KNIGHT et al. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Proceeding by the people of the state of New York, on the relation of Norman Ramsdell, against Erastus C. Knight and others. No opinion. Writ of certiorari dismissed, with $50 costs and disbursements to the respondents.

PEOPLE ex rel. ROSENBERG, Respondent, v. GERMAN HOUSEWIVES' ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Proceeding by the people of the state of New York, on the relation of Frances Rosenberg, against the German Housewives' Association. C. E. Hughes, for appellant. A. B. Cole, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. RUMLEY, Appellant, v. GLASS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Proceeding by the people of the state of New York, on the relation of James B. Rumley, against John Glass, as president, etc. No opinion. Judgment affirmed, with costs.